# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GREGG SUMMERLIN,

        Petitioner,    :    Case No. 1:19-cv-77

  - vs -        District Judge Timothy S. Black
                Magistrate Judge Michael R. Merz

BRANDESHAWN HARRIS, Warden,
Trumbull Correctional Institution

                    :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above case is hereby transferred from Magistrate Judge Karen L. Litkovitz to Magistrate Judge Michael R. Merz.

May 13, 2020.

                    s/ *Michael R. Merz*
                    United States Magistrate Judge